# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>BRAYAN CASTANEDA-JUAREZ<br>*Defendant* | )<br>)  Case No. 1:25-mj-00058<br>)<br>)<br>) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: Potter Stewart United States Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio | Courtroom No.: 701 |
|---|---|
| | Date and Time: 2/3/25 @ 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 1/29/25

*Stephanie K. Bowman*
*Judge's signature*

Stephanie K. Bowman, Chief United States Magistrate Judge
*Printed name and title*