IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| *Plaintiff*, | : Case No. 1:25-mj-58 |
| v. | : Judge Jeffery P. Hopkins |
| BRAYAN CASTANEDA-JUAREZ, | : |
| *Defendant*. | : |

# ORDER STAYING RELEASE

In this case, the Government has filed an appeal of the Magistrate Judge's order of release (Doc. 11). This type of request is permissible under 18 U.S.C. § 3145(a), which states that "the attorney for the Government may file, with the court having original jurisdiction over the offense, a motion for revocation of the order [of release]." The district court shall promptly determine the Government's motion, *id.* at § 3145(a), by reviewing the magistrate judge's detention order *de novo*. *United States v. Yamini*, 91 F. Supp.2d 1125, 1129–30 (S.D. Ohio 2000). In light of the circumstances described in the Government's motion (Doc. 12), it is hereby **ORDERED** that the Magistrate Judge's order setting conditions of release (Doc. 11) be and hereby is **STAYED** pending a hearing and *de novo* review by this Court. The hearing on the Motion shall be established by further order of the Court.

IT IS SO ORDERED.

February 3, 2025

Jeffery P. Hopkins
United States District Judge