# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 1:25CR-11 |
| Plaintiff, | : | JUDGE Hopkins |
| v. | : | **INDICTMENT** |
| | : | 8 U.S.C. § 1326(a) |
| BRAYAN CASTANEDA-JUAREZ, | : | |
| Defendant. | : | |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
### (Illegal Reentry of a Removed Alien)

On or about December 2, 2024, in the Southern District of Ohio, the defendant, BRAYAN CASTANEDA-JUAREZ, an alien, knowingly and unlawfully entered and was found in the United States after having been removed, excluded, or deported from the United States on or about May 10, 2011, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

**In violation of 8 U.S.C. § 1326(a).**

A True Bill.

/S/
_____
Grand Jury Foreperson

KENNETH L. PARKER
UNITED STATES ATTORNEY

_[signature]_
CHRISTY L. MUNCY
Assistant United States Attorney